# Exhibit V

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THE AMERICAN HOSPITAL ASSOCIATION,
800 Tenth Street, NW, Suite 400
Washington, DC 20001, *et al.*,

*Plaintiffs,*

–v–

ALEX M. AZAR II, in his official capacity as the
Secretary of Health and Human Services,
200 Independence Avenue, SW
Washington, DC 20201, *et al.*,

*Defendants.*

Case No. _____

**AFFIDAVIT OF TONY FILER
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Tony Filer, state as follows under the pains and penalties of perjury.

I am the Senior Vice President & Chief Financial Officer for Eastern Maine Healthcare Systems ("EMHS"), a Plaintiff in this action. I have been employed by EMHS for one and a half years. The information set forth in this affidavit is based upon my personal knowledge.

**EMHS and the Population It Serves**

1. EMHS is an integrated health care system that provides services throughout virtually the entire State of Maine – including both the urban populations in south and central Maine and the rural populations residing in Maine's economically challenged northern and eastern regions.

2. Among the health delivery services/programs EMHS offers are: trauma level acute care services, general medical and critical access hospitals, a free-standing acute

psychiatric hospital, primary care and specialty physician practices, long-term care, home health care, hospice, ground and air emergency transport services.

3. EMHS-affiliated entities employ over 700 physicians providing access to care for the 93 percent of Maine's population living in EMHS service areas.

4. Access to specialist care for two-thirds of Maine's rural geography is provided overwhelmingly by physicians on the active medical staff of two Bangor based hospitals (Eastern Maine Medical Center and Acadia Hospital) in the EMHS system.

5. EMHS is a member of the American Hospital Association, another of the Plaintiffs in this case.

6. Maine's population is the oldest per capita in the country, with Medicare beneficiaries forming 23 percent - the largest percentage in America – of the State's population. Maine's citizens suffer a high incidence of chronic disease, and many are dually-eligible for Medicare and Medicaid.

7. During the period FY2013-FY2017, approximately 44-47% of the services provided by EMHS were paid for by Medicare. During this same period, EMHS operations generated average annual operating income of approximately $4 million, or operating margins averaging considerably less than 1% per year.

8. EMHS member organizations include general medical hospitals that qualify as "covered entities," as defined in 42 U.S.C. § 256b(a)(4)(l) for purposes of the 340B drug program created by Congress in 1992 ("the 340B Program"), servicing an aging community with a large proportion of Medicare beneficiaries.

9. EMHS submitted comments to the Center for Medicare and Medicaid Services ("CMS") of the Department of Health and Human Services ("HHS") opposing the regulation at

2

issue in this case, the 340B Provisions of the OPPS Rule, which CMS issued on November 1, 2017.

### The Impact of the 340B Provisions of the OPPS Rule on EMHS PPS Hospitals

10. The 340B Provisions of the OPPS Rule have reduced Medicare outpatient payments to prospective payment hospitals for drugs purchased by those hospitals under the 340B discounted drug program ("340B Program").

11. Prior to 2018, the CMS payment rate for these drugs was Average Sales Price ("ASP") plus 6%. The OPPS Rule reduce this payment rate by almost 30%, to ASP minus 22.5%.

12. EMHS estimates that the payment reduction set forth in the 340B Provisions of the OPPS Rule has resulted in a reduction in CMS payments associated with this program to EMHS of approximately $5.4 million per year. Taking into account any redistributions to EMHS under these provisions, EMHS estimates that its net loss under the 340B Provisions of the OPPS Rule will be approximately $3.6 million year.

13. Participation in the 340B program and the margin between hospitals' drug acquisition costs and Medicare payment rates that this program creates have helped EMHS provide health care programs to its communities, including underserved and uninsured populations within those communities, that would otherwise be financially unsustainable. For FY 17 EMHS member organizations provided traditional charity care totaling $26,658,000.

14. The 340B Provisions of the OPPS Rule at issue in this case would threaten many EMHS programs by depriving EMHS of the resources that help these programs to exist. Savings achieved through the purchase of eligible 340B discount drugs are foundational in supporting the services provided by EMHS member hospitals. Eroding those savings with a Medicare B

payment reduction for certain drugs will erode hospital margins and diminish our capacity to provide essential services to all patients in need irrespective of their ability to pay for the care delivered.

15. While many factors will have to be considered in determining how to address the $3.6 million in lost savings annually from the 340B Provisions of the OPPS Rule, the critical EMHS functions that would likely be impacted by those provisions, to at least some degree, include: implementation of identified statewide Community Health Needs Assessment ("CHNA") priorities and critical capital improvements.

16. EMHS' members are required by federal law to conduct a CHNA assessment and adopt an appropriate implementation strategy. Information from the statewide CHNA, completed in 2016, documents a number of priorities for community health investments needed to improve the health status of Maine citizens. EMHS member organizations, including the 340B participating hospitals, invest in many priority areas of health improvement statewide. Identification of priorities for investment is balanced with available financial resources.

17. One of EMHS' 340B participating hospitals, Eastern Maine Medical Center, identified addressing cardiovascular disease as a priority in its CHNA. Another EMHS 340B participating hospital, Inland Hospital, identified health literacy as a priority in its CHNA. Addressing cardiovascular disease and improving health literacy are two specific areas of need that require increased resources and strategies, and the 340B payment reduction further negatively impacts EMHS' ability to meet these needs.

18. Critical capital improvements are another area that the 340B payment reductions have already impacted and will continue to impact as long as they are in effect. Because of the 340B payment reductions, EMHS has reprioritized scarce capital dollars to reflect the shortfall in

available funds while balancing equipment needs with the financial health of the organization. EMHS 340B participating hospitals, including Eastern Maine Medical Center, The Aroostook Medical Center, and Inland Hospital, have had to postpone or cancel millions of dollars in critical capital improvement projects this fiscal year. Those projects, if they could be funded, would improve patient care in the hospitals' operating rooms, diagnostic departments and emergency services, among others. For instance, Inland Hospital has postponed the purchase of gastrointestinal ("GI") equipment to replace an aging set of scopes and software that would greatly enhance its ability to diagnose and treat GI conditions. The ability of EMHS to fund this and other projects, now or in the near future, is seriously impaired by the 340B payment reductions. If the 340B payment reductions are allowed to continue, EMHS will have a growing, cumulative backlog of critical capital needs that will likely result in harm not only to EMHS but also to the patients who rely on its services.

19.     The 340B Provisions of the OPPS Rule have had and will continue to have a significant impact more generally on EMHS's overall service capabilities, affecting its budgeted operations, bond covenants, and other systems and arrangements that allow it to offer essential health care to Maine's communities, including the uninsured and underserved in those communities.

Signed under penalty of perjury this 24th day of August, 2018.

*[signature: Tony Filer]*

Tony Filer
Senior Vice President
& Chief Financial Officer
Eastern Maine Healthcare Systems

5