# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>*Plaintiffs,*<br><br>–v–<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services, *et al.*,<br><br>*Defendants.* | **Civil Action No. 18-2084 (RC)** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Attached to this Notice is a decision issued today by the U.S. Court of Appeals for the D.C. Circuit that bears on the government's pending motion to stay proceedings in this case.

Dated: January 9, 2019

Respectfully submitted,

*/s/ William B. Schultz*
William B. Schultz (DC Bar No. 218990)
Ezra B. Marcus (DC Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: 202-778-1800
Fax: 202-822-8136
wschultz@zuckerman.com
emarcus@zuckerman.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2019, I caused the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

*/s/ Ezra B. Marcus*
Ezra B. Marcus