This is an electronic claim. The paper image below was generated for reference purposes only using paper form 308420-HFHB CEV PAPER UB04.

Note: This information is only for viewing. It cannot be used instead of a claim.

## UB-04 Claim Image

Account: 730285101 [redacted]

Page: 1 of 1

1 HENRY FORD HOSPITAL
2799 WEST GRAND BLVD
DETROIT MI 482022689
8009865840

2 HENRY FORD HOSPITAL
PO BOX 670884
DETROIT MI 48267

3a Pat Cntl # HB73028510100
3b Med Rec [redacted]
4 Bill Type 0131
5 Fed Tax No. 381357020
6 Stmt. From 010319 Stmt. To 010319
7

8 Patient Name a
b [redacted]

9 Patient Address a [redacted]
b [redacted] c [redacted] d [redacted] e

| 10 Birthdate | 11 Sex | 12 Date (Admission) | 13 Hour | 14 Type | 15 Src | 16 DHr | 17 Stat | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 Acdt State | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 3 | 2 | | 01 | 09 | | | | | | | | | | | | |

| 31 Occurrence Code | Date | 32 Occurrence Code | Date | 33 Occurrence Code | Date | 34 Occurrence Code | Date | 35 Occurrence Span Code | From | Through | 36 Occurrence Span Code | From | Through | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | [redacted] | B1 | [redacted] | | | | | | | | | | | |

38 MEDICARE
PO BOX 2201

DETROIT, MI 48231-2201

39 Value Codes Code Amount | 40 Value Codes Code Amount | 41 Value Codes Code Amount

| 42 Rev. Cd | 43 Description | 44 HCPCS/Rates | 45 Serv. Date | 46 Serv. Units | 47 Total Charges | 48 Non-Covered Charges | 49 |
|---|---|---|---|---|---|---|---|
| 0258 | PHARMACY - IV SOLUTIONS | | 010319 | 3 | 4035 | 000 | |
| 0335 | RADIOLOGY - THERAPEUTIC | 96413PO | 010319 | 1 | 55000 | 000 | |
| 0335 | RADIOLOGY - THERAPEUTIC | 96417PO | 010319 | 1 | 30000 | 000 | |
| 0636 | N400003232822ML40 | J9228POJG | 010319 | 200 | 8613452 | 000 | |
| 0636 | N400003373413ML1 | J9299JWPOJG | 010319 | 10 | 78662 | 000 | |
| 0636 | N400003373413ML7 | J9299POJG | 010319 | 70 | 555637 | 000 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE | 011119 | TOTALS | 9336786 | 000 | |

| 50 Payor | 51 Health Plan ID | 52 Rel. Info. | 53 Asg. Ben. | 54 Prior Pymts. | 55 Est. Amt. Due |
|---|---|---|---|---|---|
| MEDICARE | 2001003 | Y | Y | 000 | 9336786 |
| MUTUAL OF OMAHA | 1074001 | Y | Y | 000 | 000 |

56 NPI 1134144801
57 Other Prv ID

| 58 Insured Name | 59 P. Rel | 60 Insured's Unique ID | 61 Group Name | 62 Ins. Grp. Num |
|---|---|---|---|---|
| [redacted] | 18 | [redacted] | | PLAN G |
| | 18 | | | |

63 Treatment Auth. Codes | 64 Document Control Number | 65 Employer Name

66 Dx 0 | 67 C7951 | C770 | C4331 | Z5112 | 68

69 Admit Dx | 70 Pat Reason Dx C7951 | 71 PPS Code | 72 ECI | 73

74 Prin. Procedure Code Date | a. Other Procedure Code Date | b. Other Procedure Code Date | 75
c. Other Procedure Code Date | d. Other Procedure Code Date | e. Other Procedure Code Date

76 Attending NPI 1952341414 Qual
Last WANG First DING
77 Operating NPI Qual
Last First
78 Other NPI Qual
Last First
79 Other NPI Qual
Last First

80 Remarks UNITS AUDITED AND VERIFIED S.CLOSEY 2486414109

81 CC a B3 282N00000X
b
c
d

WPS GHA - MAC J8 MI PART A
PO BOX 8799
PART A J8
MADISON, WI 537088799

MEDICARE
REMITTANCE
ADVICE

PAYER BUSINESS CONTACT INFORMATION:
EDI DEPARTMENT
EDIMEDICAREA@WPSIC.COM
(866)234-7331

PAYER TECHNICAL CONTACT INFORMATION:
EDI DEPARTMENT
EDIMEDICAREA@WPSIC.COM
(866)234-7331

HENRY FORD HEALTH SYSTEM
PO BOX 670884
DETROIT, MI 482670884

NPI #: 1134144801
DATE: 02/01/2019
PAGE #: 1

CHECK/EFT #: EFT1222914

| REND-PROV<br>RARC | SERV-DATE | POS | PD-PROC/MODS | PD-NOS<br>SUB-NOS | BILLED<br>SUB-PROC | ALLOWED<br>GRP/CARC | DEDUCT<br>CARC-AMT | COINS<br>ADJ-QTY | PROV-PD<br>BS |
|---|---|---|---|---|---|---|---|---|---|
| NAME [redacted] | | | MID [redacted] | ACNT:HB73028510100 | | ICN:21901100534104 ASG:N | | MOA:MA01 | N793<br>MA18 |
| 1134144801 | 0103 010319 | | | 3.000 | 40.35 | 40.35<br>CO-97 | 0.00<br>40.35 | 0.00 | 0.00<br>04 |
| 1134144801 | 0103 010319 | | 96413PO | 1.000 | 550.00 | 550.00<br>CO-45<br>CO-253 | 0.00<br>269.68<br>4.49 | 56.06 | 219.77 |
| 1134144801 | 0103 010319 | | 96417PO | 1.000 | 300.00 | 300.00<br>CO-45<br>CO-253 | 0.00<br>241.92<br>0.93 | 11.62 | 45.53 |
| 1134144801 | 0103 010319 | | J9228POJG | 200.000 | 86134.52 | 86134.52<br>CO-45<br>CO-253 | 0.00<br>64068.52<br>416.94 | 1219.08 | 20429.98 |
| 1134144801 | 0103 010319 | | J9299JWPO | 10.000 | 786.62 | 786.62<br>CO-45<br>CO-253 | 0.00<br>585.57<br>3.80 | 11.11 | 186.14 |
| 1134144801 | 0103 010319 | | J9299POJG | 70.000 | 5556.37 | 5556.37<br>CO-45<br>CO-253 | 0.00<br>4149.02<br>26.59 | 77.75 | 1303.01 |

PT RESP 1375.62 CARC 69807.81 CLAIM TOTALS 93367.86 93367.86 0.00 1375.62 22184.43
ADJ TO TOTALS: PREV PD INTEREST 0.00 LATE FILING CHARGE 0.00 NET 22184.43
CLAIM INFORMATION FORWARDED TO: MUTUAL OF OMAHA INSURANCE COMP
000030091
OTHER CLAIM REL IDENTIFICATION: (EA) 19785081

GLOSSARY:

| | |
|---|---|
| 253 | Sequestration - reduction in federal payment |
| 45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use only with Group Codes PR or CO depending upon liability) |
| 4 (BS) | Benefit for Billed Service Not Separately Payable |
| 97 | The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present. |
| CO | Contractual Obligations |
| MA01 | Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date you received this notice, unless you have a good reason for being late. |
| MA18 | Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them. |
| N793 | Alert: CMS is changing from the Medicare Health Insurance Claim number (HICN) to the new Medicare Beneficiary Identifier (MBI). You can use either the HICN or MBI during the transition period. Visit www.cms.gov/medicare/ssnri for important dates and information about this change. |