**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

*Plaintiffs,*

–v–

ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services, *et al.*,

*Defendants.*

**Civil Action No. 18-2084 (RC)**

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File Supplemental Complaint, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to docket Exhibit C to Plaintiffs' Motion as a Supplemental Complaint, which will be the operative pleading in this case.

Dated: ________________

______________________________
RUDOLPH CONTRERAS
United States District Judge