UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

    *Plaintiffs*,

—v—

XAVIER BECERRA, in his official capacity as the Secretary of Health and Human Services, *et al.*,

    *Defendants.*

Civil Action No. 18-2084 (RC)

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Expedite, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendants must file an Opposition to Plaintiffs' Motion to Vacate the Unlawful Portion of the 2022 OPPS Rule within seven days, and that Plaintiffs must file any Reply within three days thereafter.

Dated: _____, 2022

                                            Hon. Rudolph Contreras
                                            United States District Judge