UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>   *Plaintiffs,*<br><br>   –v–<br><br>XAVIER BECERRA, in his official capacity as the Secretary of Health and Human Services, *et al.*,<br><br>   *Defendants.* | Civil Action No. 18-2084 (RC) |

**[PROPOSED]**
**ORDER**

Having considered Plaintiffs' Motion to Hold Unlawful and Remedy Defendants' Past Underpayment of 340B Drugs, and the opposition thereto, the Motion is **GRANTED**; it is

**DECLARED** that Defendants' policy of underpaying for 340B Drugs pursuant to the 2020, 2021, and 2022 OPPS Rules is unlawful; it is

**ORDERED** that Defendants must pay 340B hospitals, for all claims that were paid a rate of ASP minus 22.5% pursuant to the 2018 through 2022 OPPS Rules, the difference between the amounts that were paid and the amounts that would have been paid on those claims at a rate of ASP plus 6%, plus applicable interest under 42 C.F.R. § 405.378 or otherwise; it is

**ORDERED** that Defendants may not offset these remedial payments through other changes designed to achieve budget neutrality; and it is

**ORDERED** that Defendants must file a status report within 30 days of this Order, and every 30 days thereafter, concerning their remedial efforts.

The Court will retain jurisdiction of this case to ensure Defendants' compliance with this Order.

Dated: _____, 2022

                                                  Hon. Rudolph Contreras
                                                  United States District Judge