UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Hospital Association, *et al.*,<br><br>*Plaintiffs*,<br><br>–v–<br><br>Xavier Becerra, Secretary of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-2084 (RC) |

## ORDER

Upon consideration of Plaintiffs' Motion to Vacate the Unlawful Portion of the 2022 OPPS Rule, Defendants' response thereto, and the entire record herein, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

It is **SO ORDERED** this ____ day of _____, 202__.

_____
United States District Judge