## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 18-2084 (RC) |
| | : | | |
| v. | : | Re Document No.: | 67 |
| | : | | |
| XAVIER BECERRA, in his official capacity as the secretary of Health and Human Services, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

#### GRANTING PLAINTIFFS' MOTION TO VACATE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion to vacate (ECF No. 67) is **GRANTED**. It is hereby:

**ORDERED** that the drug reimbursement rate for 340B hospitals in the 2022 OPPS Rule is hereby **VACATED** with respect to its prospective application.

**SO ORDERED**.

Dated: September 28, 2022                                       RUDOLPH CONTRERAS
                                                                                        United States District Judge