# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br> *Plaintiffs,* <br><br> –v– <br><br> XAVIER BECERRA, in his official capacity as the Secretary of Health and Human Services, *et al.*, <br><br> *Defendants.* | **Civil Action No. 18-2084 (RC)** |

### RESPONSE TO DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S SEPTEMBER 28, 2022 ORDER

Plaintiffs submit this filing to clarify their position on Defendants' Motion to Clarify the Court's Order of September 28, 2022, ECF 80.

Unlike Defendants, Plaintiffs understand the Court's Order, ECF 78, to have immediate effect—*i.e.*, it requires that any unpaid claims as of the date of the Order must be paid at the ASP plus 6% rate. Nevertheless, Plaintiffs do not oppose the Court issuing a partial final judgment under Federal Rule of Civil Procedure 54(b) in light of Defendants' representations that they need a formal judgment to facilitate prompt compliance with the Court's order without a rule-making and that they seek such a judgment only for that purpose.

Dated: October 3, 2022                           Respectfully submitted,

                                                 */s/ William B. Schultz*
                                                 William B. Schultz (DC Bar No. 218990)

                Margaret M. Dotzel (DC Bar No. 425431)
                Ezra B. Marcus (DC Bar No. 252685)
                ZUCKERMAN SPAEDER LLP
                1800 M Street, NW, Suite 1000
                Washington, DC 20036
                Tel: 202-778-1800
                Fax: 202-822-8136
                wschultz@zuckerman.com
                mdotzel@zuckerman.com
                emarcus@zuckerman.com

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2022, I caused the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

*/s/ Ezra B. Marcus*

Ezra B. Marcus