# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 18-2084 (RC) |
| | : | | |
| v. | : | Re Document No.: | 69 |
| | : | | |
| XAVIER BECERRA, in his official capacity as the Secretary of Health and Human Services, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO HOLD UNLAWFUL AND REMEDY DEFENDANTS' PAST UNDERPAYMENTS OF 340B DRUGS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Motion to Hold Unlawful and Remedy Defendants' Past Underpayments of 340B Drugs (ECF No. 69) is **GRANTED IN PART AND DENIED IN PART**.  It is hereby:

**ORDERED** that the case is remanded to HHS for further consideration consistent with the Memorandum Opinion.

**SO ORDERED**.

Dated: January 10, 2023                                                                         RUDOLPH CONTRERAS
                                                                                                                  United States District Judge